

# NUMBER 13-09-00566-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE MATTER OF THE MARRIAGE OF
## LEONEL VILLARREAL CANTU AND CLAUDIA VILLARREAL CANTU

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam[1]

On October 9, 2009, relator, Leonel Villarreal Cantu, filed a petition for writ of mandamus, a "Request for Emergency Temporary Relief," and a "Motion to File Appendix Under Seal." That same day, the Court granted the request for emergency temporary relief and the motion to file appendix under seal, and requested that the real party in interest file a response to relator's petition for writ of mandamus. Relator has now filed a motion to dismiss this original proceeding. According to the motion to dismiss, the parties have compromised and settled their differences.

---

[1] *See* Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having considered the documents on file and relator's motion to dismiss this original proceeding, is of the opinion that the motion should be granted. Accordingly, the stay previously imposed by this Court is LIFTED and this original proceeding is DISMISSED without reference to the merits thereof.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 29th
day of December, 2009.